# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

PATRICK L. SHERMAN
ADC #96304　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

V.　　　　　　　　　　NO: 5:07CV00201 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court additionally certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order and judgment dismissing this case would not be taken in good faith.

DATED this 3rd day of August, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE